**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER MARTINEZ, an individual,        Plaintiff,    vs.SCIENTIFIC GAMES CORPORATION, a Nevada corporation,        Defendants. | **Case No. 2:18-cv-01900-JCM-VCF****ORDER TEMPORARILY****UNSEALING NOTES** |

On September 15th, 2020, Shayna Montgomery, Transcriber, received a Transcript Order form requesting a transcript of the Early Neutral Evaluation held on March 5th, 2019, from Andre M. Lagomarsino, Esq., of which the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Andre M. Lagomarsino, Esq.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 21st day of September, 2020.

_____
NANCY J. KOPPE
United States Magistrate Judge